UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06068-SPG-JPR | Date | November 20, 2025 |
| Title | Mandy Pollack v. Yonas Seyoum Alemu | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 30, 2025, the Court held a Status Conference, in which it ordered the parties to meet and confer and file a joint Rule 26(f) report and worksheet, in accordance with Federal Rule of Civil Procedure 26(f), no later than November 12, 2025. (ECF No. 22). The parties have not filed a report by the November 12, 2025, deadline.

The Court enjoys the inherent power to dismiss for lack of prosecution on its own motion. *See, e.g., Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). Consistent with that authority, the Court ORDERS Plaintiff to show cause, in writing, on or before November 26, 2025, why this case should not be dismissed for lack of prosecution. Plaintiff may also respond to this Order by filing a joint Rule 26(f) report and worksheet with Defendant. This matter will stand submitted upon the filing of Plaintiffs' response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED**

_____ : _____

Initials of Preparer   pg